Filing # 23273837 E-Filed 02/02/2015 06:26:24 PM

IN THE CIRCUIT COURT FOR THE
SEVENTH JUDICIAL CIRCUIT IN AND
FOR VOLUSIA COUNTY, FLORIDA

CASE NO. :

BETTY KAY CZAJKOWSKI, as Personal
Representative of the Estate of RUSSELL
SHANE CZAJKOWSKI,

    Plaintiff,

vs.

H.H. PIZZA, INC. d/b/a HUNGRY HOWIES
PIZZA, a Florida Corporation, SOUTH END, INC.
d/b/a HUNGRY HOWIES PIZZA, a Florida Corporation,
DELTONA FOODS, LLC d/b/a HUNGRY HOWIES PIZZA, a
Florida Corporation, THOMAS E. HELLER, and
KRISTI LEE HELLER,

    Defendants.
_____/

## PLAINTIFF'S COMPLAINT

Plaintiff, BETTY KAY CZAJKOWSKI, as Personal Representative for the Estate of RUSSELL SHANE CZAJKOWSKI, by and through her undersigned counsel, hereby sues Defendants H.H. PIZZA, INC. ("HUNGRY HOWIES"), SOUTH END, INC. ("SEI"), DELTONA FOODS, LLC ("DF"), THOMAS E. HELLER ("T.E. HELLER") and KRISTI LEE HELLER ("K.L. HELLER") and as grounds therefore states the following:

1. This is a civil action for damages exceeding the sum of Three Million ($3,000,000.00) Dollars exclusive of interest, costs and attorney's fees, brought pursuant to The Florida Wrongful Death Act, Fla. Stat. sec.768.16-768.26.

2. At all times relevant to this Complaint, Decedent, RUSSELL SHANE CZAJKOWSKI, was a resident of Volusia County, Florida.


EXHIBIT B

3. Plaintiff, BETTY KAY CZAJKOWSKI, natural parent and mother of the decedent, has been appointed Personal Representative of the Estate of RUSSELL SHANE CZAJKOWSKI. *See In re ESTATE OF RUSSELL SHANE CZAJKOWSKI*, Volusia County Circuit Court, Case Number 2014-12265-PRDL, Division 10 (attached as Plaintiff's Exhibit 1).

4. Decedent, RUSSELL SHANE CZAJKOWSKI, is survived by his married natural parents, Joseph R. Czajkowski, father, and Betty Kay Czajkowski, mother.

5. Defendant, HUNGRY HOWIES, is a Florida corporation licensed to do business in the State of Florida.

6. Defendant, SEI d/b/a HUNGRY HOWIES PIZZA, is a Florida corporation licensed to do business in the State of Florida.

7. Defendant, DF d/b/a HUNGRY HOWIES PIZZA, is a Florida corporation licensed to do business in the State of Florida.

8. Defendant, T.E. HELLER, at all times material to this Complaint is and has been a resident of Volusia County, Florida.

9. Defendant, K.L. HELLER, at all times material to this Complaint is and has been a resident of Volusia County, Florida.

10. On or about November 3, 2014, while operating his motorcycle on Howland Boulevard located in Deltona, Volusia County, Florida, the Decedent, RUSSELL SHANE CZAJKOWSKI, was struck by a vehicle operated by Defendant, T.E. HELLER, which resulted in RUSSELL SHANE CZAJKOWSKI sustaining injuries that led to his death on that date. K.L. HELLER was the owner of the vehicle driven by T.E. HELLER.

11. RUSSELL SHANE CZAJKOWSKI was born on April 5, 1994 and was 20 years old at the time of his death.

## COUNT I: NEGLIGENCE – T.E. AND K.L. HELLER

12. Plaintiff, BETTY KAY CZAJKOWSKI, as Personal Representative of the Estate of RUSSELL SHANE CZAJKOWSKI, reallages Paragraphs 1 through 4 and 8 through 11 as though fully set forth herein.

13. On or about November 3, 2014, Defendant, K.L. HELLER, owned a motor vehicle that was operated with her consent by Defendant, T.E. HELLER on Howland Boulevard in Deltona, Volusia County, Florida.

14. At that time and place, Defendant, T.E. HELLER, negligently operated the vehicle such that it struck the Decedent's motorcycle and ultimately caused his death.

WHEREFORE Plaintiff, BETTY KAY CZAJKOWSKI, hereby demands judgment against Defendant, T.E. HELLER and K.L. HELLER, for damages on behalf of the Decedent's survivors as well as on behalf of the Decedent's estate, in addition to costs, and demands a jury trial on all issues so triable.

## COUNT II: VICARIOUS LIABILITY - DF

15. Plaintiff, BETTY KAY CZAJKOWSKI, as Personal Representative of the Estate of RUSSELL SHANE CZAJKOWSKI, reallages Paragraphs 1 through 4, 7, 10, 11, 13 and 14 as though fully set forth herein.

16. At the time of the subject motor vehicle versus motorcycle accident, TE HELLER was in the course and scope of his employment with Defendant, DF.

17. Defendant, DF, owned and operated a HUNGRY HOWIES pizza store (Store #247) located at 121 Howland Boulevard, Suite B, Deltona, Florida.

18. Defendant, T.E. HELLER, was in the process of carrying out his employment responsibilities as a pizza delivery driver at the time of the subject accident.

19. Defendant, DF, is vicariously liable for the actions of its employee, T.E. HELLER, and any resulting damages or loss.

WHEREFORE Plaintiff, BETTY KAY CZAJKOWSKI, hereby demands judgment against Defendant, DF, for damages on behalf of the Decedent's survivors as well as on behalf of the Decedent's estate, in addition to costs, and demands a jury trial on all issues so triable.

## COUNT III: VICARIOUS LIABILITY - SEI

20. Plaintiff, BETTY KAY CZAJKOWSKI, as Personal Representative of the Estate of RUSSELL SHANE CZAJKOWSKI, reallages Paragraphs 1 through 4, 6, 10, 11, 13, 14, and 16 through 18 as though fully set forth herein.

21. Defendant, SEI, upon information and belief, is a holding company which owned the entirety of and/or a controlling interest in, Defendant, DF, in addition to numerous pizza delivery stores throughout Florida.

22. Defendant, SEI, controlled and directed all aspects of the operations of Defendant, DF, including management, scheduling, hiring and firing of all employees such that Defendant, SEI, functioned as the constructive employer of Defendant, T.E. HELLER.

WHEREFORE Plaintiff, BETTY KAY CZAJKOWSKI, hereby demands judgment against Defendant, SEI, for damages on behalf of the Decedent's survivors as well as on behalf of the Decedent's estate, in addition to costs, and demands a jury trial on all issues so triable.

## COUNT IV: APPARENT AGENCY/VICARIOUS LIABILITY - HUNGRY HOWIES

23. Plaintiff, BETTY KAY CZAJKOWSKI, as Personal Representative of the Estate of RUSSELL SHANE CZAJKOWSKI, realleges Paragraphs 1 through 11, 13, 14, and 16 through 19 as though fully set forth herein.

24. Upon information and belief at a point in time prior to the subject accident, HUNGRY HOWIES entered into a franchise agreement with Defendants, DF and/or SEI.

25. Upon information and belief, the subject franchise agreement, a copy of which the Plaintiff has been unable to procure to date, permits Defendants, DF and SEI, to operate a HUNGRY HOWIES pizza store and sell the products and services authorized, permitted and approved by HUNGRY HOWIES.

26. Upon information and belief, the subject franchise agreement expressly sets forth the required HUNGRY HOWIES business format, methods of operations, specifications, standards, operating procedures, operating assistance provided and advertising method, type, and services to be utilized by Defendants, DF and/or SEI.

27. Further, Defendant, HUNGRY HOWIES, upon information and belief, provided Defendants, DF and/or SEI, an "operations manual" which sets forth with specific detail every aspect of the operations of the subject franchise located at 121 Howland Boulevard, Suite B, Deltona, Florida.

28. Defendant, HUNGRY HOWIES, exercised material and significant control over all aspects of the HUNGRY HOWIES pizza store located at 121 Howland Boulevard, Suite B, Deltona, Florida, such that it functioned as the principal of the store and completely controlled the actions of its apparent agents Defendants, DF, SEI, and T.E. HELLER. *See Parker v. Domino's Pizza, Inc. 629 So.2d 1026 (Fla 4th DCA 1993), rev. den., 639 So.2d 977 (Fla. 1994); Font v. Stanley Steemer International Inc. 849 So.2d 1214 (Fla. 5th DCA 2003).*

29. Defendant, HUNGRY HOWIES, is vicariously liable for the negligent actions of Defendant, T.E. HELLER.

WHEREFORE Plaintiff, BETTY KAY CZAJKOWSKI, hereby demands judgment against Defendant, HUNGRY HOWIES, for damages on behalf of the Decedent's survivors as well as on behalf of the Decedent's estate, in addition to costs, and demands a jury trial on all issues so triable.

DATED this ⟶ day of February, 2015.

Richard S. Wright
THE WRIGHT FIRM, P.A.
28 East Washington Street
Orlando, Florida 32801
(407) 423-2622
rwright@thewrightfirm.com
firm@thewrightfirm.com
Fl. Bar No.: 702020
Attorneys for the Plaintiff